**20**

pensation.[98] The final amount owed to plaintiff, after making this deduction, is $175,105.34.

### Conclusion

For the above-stated reasons, the Clerk is directed to enter judgment in favor of plaintiff in the amount of $175,105.34, plus interest as specified in the Contracts Disputes Act, 41 U.S.C. § 611 (1987), commencing from February 1, 1996. In addition, if the parties are unable to settle the issue of attorney's fees, plaintiff may file, pursuant to the rules of this court, its petition for attorney's fees and costs under the EAJA, 20 U.S.C. § 2412. No costs.

IT IS SO ORDERED.

inadvertently omitted dismissal of the UNICOR claims of Leonard Graves and Kevin L. Sherrod. For good cause shown, and without opposition by plaintiffs, defendant's motion is granted. Accordingly, the clerk is directed to vacate the judgment of February 21, 2002, and enter a new judgment dismissing, pursuant to Rule 54(b), all claims of the plaintiffs named in the attached list for lack of jurisdiction. In addition, the UNICOR claims of plaintiffs Joseph Ludgate, Leonard Graves, and Kevin L. Sherrod are dismissed. They remain plaintiffs with respect to their employment by the Bureau. No costs. Judgment accordingly.

Gary L. AARON, et al., Plaintiffs,

v.

The UNITED STATES, Defendant.

No. 00–315C.

United States Court of Federal Claims.

Feb. 28, 2002.

Alan Banov, Washington, D.C., argued for plaintiffs.

Domenique Kirchner, Department of Justice, Washington, D.C., and Kenneth Hyle, Bureau of Prisons, Washington, D.C., of counsel, argued for the United States.

### ORDER

BRUGGINK, Judge.

Partial judgment in this case was entered February 21, 2002, pursuant to Rule 54(b), with respect to certain named plaintiffs. Defendant has filed a motion to amend, pursuant to Rules 59 and 60, because the court

SOUTHERN CALIFORNIA FEDERAL SAVINGS & LOAN ASSOCIATION; Socal Holdings, Inc.; Arbur, Inc.; Roy Doumani; Preston Martin; William E. Simon, Jr., J. Peter Simon, George J. Gillespie, III, Executors of the Estate of William E. Simon; and Beverly W. Thrall, Successor to the Claims of Larry B. Thrall, Plaintiffs,

v.

The UNITED STATES of America, Defendant.

No. 93–52C.

United States Court of Federal Claims.

March 15, 2002.

---

98. The court deducts this amount because it has reviewed plaintiff's claim independently of the CO's decision, and not merely in addition to her award.